UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ENVIRONMENT TEXAS CITIZEN LOBBY, INC., and SIERRA CLUB, <br><br> Plaintiffs, <br><br> v. <br><br> SHELL OIL COMPANY, DEER PARK REFINING LIMITED PARTNERSHIP, SHELL CHEMICAL LIMITED PARTNERSHIP, and SHELL DEER PARK REFINING COMPANY, <br><br> Defendants. | Case No. 4:08-cv-00070 |

**STIPULATION OF VOLUNTARY DISMISSAL REGARDING
DEFENDANT SHELL DEER PARK REFINING COMPANY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Environment Texas Citizen Lobby, Inc. and Sierra Club and Defendants Shell Oil Company, Deer Park Refining Limited Partnership, Shell Chemical Limited Partnership, and Shell Deer Park Refining Company ("Defendants") hereby stipulate to the dismissal without prejudice of all claims against Defendant Shell Deer Park Refining Company in this action.

This stipulation is premised on Defendants' representation that Shell Deer Park Refining Company is neither an owner nor an operator of the Shell Deer Park refinery or chemical plant.

Respectfully submitted,

ENVIRONMENT TEXAS CITIZEN LOBBY, INC., and SIERRA CLUB

DATED: April 23, 2008

/s/ Philip H. Hilder
Philip H. Hilder
State Bar No. 09620050
Southern District of Texas No. 2474
Hilder & Associates, P.C.
819 Lovett Blvd.
Houston, Texas 77006-3905
(713) 655-9111 (phone)
(713) 655-9112 (fax)

ATTORNEY-IN-CHARGE FOR PLAINTIFFS

OF COUNSEL:
Joshua R. Kratka
State Bar No. 544792 (Mass.)
Southern District of Texas No. 962922
National Environmental Law Center
44 Winter Street, 4th Floor
Boston, Massachusetts 02108
(617) 747-4333 (phone)
(617) 292-8057 (fax)

David A. Nicholas
State Bar No. 553996 (Mass.)
20 Whitney Road
Newton, Massachusetts 02460
(617) 964-1548 (phone)
(617) 663-6233 (fax)

DATED: April 23, 2008                SHELL OIL COMPANY, DEER PARK
                                     REFINING LIMITED PARTNERSHIP,
                                     SHELL CHEMICAL LP, and SHELL
                                     DEER PARK REFINING COMPANY

                                     /s/ George O. Wilkinson
                                     George O. Wilkinson
                                     State Bar No. 21492850
                                     Southern District of Texas Bar No. 17337
                                     VINSON & ELKINS L.L.P.
                                     2500 First City Tower
                                     1001 Fannin Street
                                     Houston, Texas 77002-6760
                                     (713) 758-4834 (Telephone)
                                     (713) 615-5142 (Telefax)

                                     ATTORNEY-IN-CHARGE FOR
                                     DEFENDANTS


OF COUNSEL:
Sharon M. Mattox
State Bar No. 13234200
Southern District of Texas Bar No. 788
Lewis Sutherland
State Bar No. 00789665
Southern District of Texas Bar No. 22883
Gabrielle A. Sitomer
State Bar No. 24041922
Southern District of Texas Bar No. 36851
VINSON & ELKINS L.L.P.
2500 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760